**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Diane Bortle, | Court File No. 05-CV-02133 (MJD/AJB) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Fortis Benefits Insurance Company, | |
| Defendant. | |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Stipulation filed by the parties in this action, IT IS HEREBY ORDERED that the above entitled action is dismissed with prejudice.

**JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: June 20, 2006         s / Michael J. Davis
                             The Honorable Michael J. Davis
                             United States District Court Judge

1387981-1